UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:

MARLBOROUGH FIREFIGHTERS
ASSOCIATION, LOCAL 1714, I.A.F.F.
and WILLIAM S. TAYLOR,
    Plaintiffs,

v.

THE CITY OF MARLBOROUGH,
KEVIN BREEN and ARTHUR VIGEANT,
    Defendants.

### DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(c) and 1446, the Defendants, City of Marlborough, Kevin Breen and Arthur Vigeant ("Defendants"), petition for removal of this action to the United States District Court for the District of Massachusetts. As grounds therefore, the Defendants state as follows:

1. On or about September 16, 2022, the Plaintiffs filed this suit in the Middlesex Superior Court, Civil Action No.: 2281CV03396.

2. On September 21, 2022, the Plaintiffs' complaint was served upon the Defendants. Attached as Exhibit A is a copy of the Plaintiffs' complaint.

3. This Court has original jurisdiction of this action because the Plaintiff brings claims under 42 U.S.C. § 1983 alleging violation of civil rights.

4. Because this matter is an action arising under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. §1441(c).

5. This Notice of Removal is being filed within the time period required by law, 28 U.S.C. §1446(b).

>Respectfully submitted,
>
>Defendants,
>THE CITY OF MARLBOROUGH,
>KEVIN BREEN and ARTHUR VIGEANT,
>By their attorneys,
>
>*/s/ Gregor A. Pagnini*
>Gregor A. Pagnini, BBO# 667659
>Leonard H. Kesten, BBO#542042
>BRODY, HARDOON, PERKINS & KESTEN, LLP
>699 Boylston Street
>Boston, MA 02116
>(617) 880-7100
>gpagnini@bhpklaw.com
>lkesten@bhpklaw.com

DATED: October 11, 2022

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

>*/s/ Gregor A. Pagnini*
>Gregor A. Pagnini BBO# 667659

DATED: October 11, 2022